**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 24-3077 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:22-cr-00482-GW-1 Central District of California, Los Angeles |
| v. | |
| JERRY NEHL BOYLAN, | ORDER |
| Defendant - Appellant. | |

| UNITED STATES OF AMERICA, | No. 24-3663 D.C. No. 2:22-cr-00482-GW-1 Central District of California, Los Angeles |
|---|---|
| Plaintiff - Appellant, | |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant - Appellee. | |

| UNITED STATES OF AMERICA, | No. 24-6045 D.C. No. 2:22-cr-00482-GW-1 Central District of California, Los Angeles |
|---|---|
| Plaintiff - Appellee, | |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant - Appellant. | |

Before:    BYBEE and MILLER, Circuit Judges.

The motion (Docket Entry No. 19) for reconsideration of the court's order granting appellant a second extension of time to file the first cross-appeal brief is denied. A motion for reconsideration is not a substitute for a timely opposition to a motion. *See* 9th Cir. R. 27-10(a)(3).

The existing briefing schedule remains in effect.

No further motions for an extension of time to file the first cross-appeal brief will be granted.